1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                * * *
9    MONROE JONES,                      Case No. 3:16-cv-00112-MMD-VPC
10                          Plaintiff,   ORDER ADOPTING AND ACCEPTING
                                         REPORT AND RECOMMENDATION OF
11        v.                             MAGISTRATE JUDGE
     BRIAN WARD, et al.,                 VALERIE P. COOK
12
                         Defendant.
13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge Valerie P. Cooke (ECF No. 42) ("R&R"), recommending dismissal with prejudice.

16   Plaintiff had until June 1, 2017, to file an objection. (ECF No. 42.) To date, no objection

17   to the R&R has been filed.[1]

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23   to object, however, the court is not required to conduct "any review at all . . . of any issue

24   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   _____

28        [1]The R&R (ECF No. 42) and the last order entered by the Court (ECF No. 41) that
     were mailed to Plaintiff were returned as undeliverable. (ECF No. 43.)

*United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cooke's R&R. The R&R recommends that this action be dismissed with prejudice based upon Plaintiff's failure to comply with LR IA 3-1. LR IA 3-1 requires pro se parties like Plaintiff to immediately notify the Court of any change in Plaintiff's contact information. To date, Plaintiff has not notified the Court of his current mailing address. The Court agrees with the Magistrate Judge's recommendation.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 42) is accepted and adopted in its entirety.

It is ordered that this action is dismissed with prejudice.

It is further ordered that the Clerk close this case.

DATED THIS 8th day of June 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE